IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO a municipality; THE COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, Inc. a corporation doing business in California; JERRY DYER, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER VACATING HEARING OF JULY 25, 2005, ON CITY OF FRESNO'S MOTION TO DISMISS |

    Defendant City of Fresno's motion to dismiss is pending in this action and is set for hearing on Monday, July 25, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 25, 2005, is VACATED, and the parties shall not appear at that time. As of July 25, 2005, the Court will take Defendant City of Fresno's motion to dismiss under submission and will thereafter issue its decision. IT IS SO ORDERED.

Dated:    July 15, 2005                      /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE