IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF FRESNO a municipality; THE COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, Inc. a corporation doing business in California; JERRY DYER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER VACATING HEARING OF DECEMBER 12, 2005, ON DEFENDANTS'S MOTION TO DISMISS AND MOTION TO STRIKE |

　　Defendant City of Fresno's motion to dismiss and Defendant County of Fresno's motion to strike are pending in this action and are set for hearing on Monday, December 12, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2005, is VACATED, and the parties shall not appear at that time. As of December 12, 2005,

1  the Court will take Defendants's motions under submission and will thereafter issue its decision.

3  IT IS SO ORDERED.

4  **Dated:    December 6, 2005**             **/s/ Anthony W. Ishii**
   0m8i78                                     UNITED STATES DISTRICT JUDGE

2