IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO a municipality; THE COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, Inc. a corporation doing business in California; JERRY DYER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER ON COUNTY OF FRESNO'S MOTION TO STRIKE |

    This is a civil action for damages pursuant to 42 U.S.C. § 1983 and California state law in connection with the death of Michael Sanders. In a prior motion to strike brought by the County, this Court struck the punitive damages allegations against both the County of Fresno and the City of Fresno with prejudice. In her First Amended Complaint, Plaintiff again requested punitive damages against the City and the County in the third paragraph of the prayer for relief. The County of Fresno filed this motion to strike Plaintiff's allegations for punitive damages against the County and the City. Plaintiff has filed a notice of non-opposition.

A motion to strike may be used to strike a prayer for relief where the damages sought are not recoverable as a matter of law.  Gay-Straight Alliance Network v. Visalia Unified School Dist., 262 F.Supp.2d 1088, 1110-11 (E.D. Cal. 2001); see also Fed. R. Civ. Pro. 12(f).  Punitive damages or damages intended to punish or create an example are not available against public entities such as counties and cities under either 42 U.S.C. § 1983 or state law.  City of Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981); Ruvalcaba v. City of Los Angeles, 167 F.3d 514, 524 (9th Cir. 1999); Mitchell v. Dupnik, 75 F.3d 517, 527 (9th Cir. 1996); Cal. Gov't Code 818; Kizer v. County of San Mateo, 53 Cal.3d 139, 145 (1991);State Dept. of Corrections v. Workmen's Comp. App. Bd., 5 Cal.3d 885, 891 (1971); Marron v. Superior Court, 108 Cal.App.4th 1049, 1059 (2003).  Defendant's motion to strike is once again well taken.

Accordingly, IT IS HEREBY ORDERED that the County's motion to strike is GRANTED and Plaintiff's claims for punitive damages against the County of Fresno and the City of Fresno are STRUCK with prejudice from this action.

IT IS SO ORDERED.

**Dated:   December 12, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE

2