# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of MICHAEL L. SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, a municipality; COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, INC., a corporation doing business in California; JERRY DYER, an individual; and Does 1-10, inclusive,<br><br>Defendants. | Case No.:<br>05-CV-00469 AWI(SMS)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT TASER™ INTERNATIONAL, INC.'s MOTION TO DISMISS SECOND AMENDED COMPLAINT |

After reading and considering the papers filed in support of and in opposition to Defendant Taser™ International, Inc.'s Motion to Dismiss Second Amended Complaint,

IT IS HEREBY ORDERED THAT:

///
///
///
///
///

-1-

1) Defendant's Motion to Dismiss Second Amended Complaint is GRANTED;

2) The first, sixth, seventh, eighth and ninth claims against TASER™ are dismissed.

Dated:              By:_____
                      U.S. DISTRICT COURT JUDGE

Submitted by:

Mildred K. O'Linn
State Bar No. 159055
MANNING & MARDER
KASS, ELLROD, RAMIREZ
23rd Floor at Figueroa Tower
660 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile (213) 624-6999
E-Mail: mko@mmker.com

Attorneys for Defendant,
TASER™ INTERNATIONAL, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

On January 30, 2006, I served the document described as "**[PROPOSED] ORDER GRANTING DEFENDANT TASER™ INTERNATIONAL, INC.'s MOTION TO DISMISS SECOND AMENDED COMPLAINT**" on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on January 30, 2006 at Los Angeles, California.

_____
MARVIN JOHNSON

1  Waukeen Q. McCoy, Esq.
   LAW OFFICES OF WAUKEEN Q. MCCOY
2  703 Market Street, Ste. 1407
   San Francisco, CA 94103
3  415-675-7705 phone
4  415-675-2530 fax
   *Counsel for plaintiff Lavette Sanders*

5

6  Bruce Bradford Johnson, Jr.
   Bruce B. Johnson, Senior Deputy
7  FRESNO COUNTY COUNSEL
   2220 Tulare Street, Fifth Floor
8  Fresno, California 93721
   (559) 488-3479 phone
9  (559) 488-1900 fax
   *Co-defense for County of Fresno*

10

11 Bruce Daniel Praet
   FERGUSON, PRAET & SHERMAN
12 1631 E.18th Street
   Santa Ana, CA 92705-7101
13 714-953-5300 phone
   714-953-1143 fax
14 *Co-defense Counsel for City of Fresno*