IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF FRESNO a municipality; THE COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, Inc. a corporation doing business in California; JERRY DYER, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER VACATING HEARING OF MARCH 13, 2006, ON DEFENDANTS'S MOTIONS TO DISMISS |

    Defendant City of Fresno's motion to dismiss and Defendant Taser International, Inc.'s motion to dismiss are pending in this action and are set for hearing on Monday, March 13, 2006. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than February 27, 2006. Plaintiff has filed an opposition to Taser's motion, but has not done so with respect to the City's motion.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition as to the City's motion, she is in violation of the Local Rules. <u>See</u> Local Rule 78-230(c). Plaintiff is

further not entitled to be heard at oral argument in opposition to the City's motion. <u>Id.</u> The court has reviewed both Defendants's motions and the applicable law, and has determined that the motions are suitable for decision without oral argument. <u>See</u> Local Rule 78-230(h).

Therefore, IT IS HERBY ORDERED that the previously set hearing date of March 13, 2006, is VACATED, and no party shall appear at that time. As of March 13, 2006, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    March 7, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

2