# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF FRESNO a municipality; THE COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, Inc. a corporation doing business in California; JERRY DYER, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER ON PLAINTIFF'S MOTION TO FILE AN OUT OF TIME OPPOSITION TO CITY OF FRESNO'S MOTION TO DISMISS |

Defendant City of Fresno filed a motion to dismiss which was taken under submission as of March 13, 2006. The order taking the motion under submission was based in part on Plaintiff's failure to file a timely opposition. Plaintiff has filed a late opposition and motion to allow the out of time opposition. According to the affidavit of Plaintiff's counsel, the failure to file a timely opposition was due to an error in his calendaring system. Plaintiff's counsel further points out that it filed a timely opposition to Defendant Taser's motion to dismiss as further

evidence that the failure to file an opposition to the City's motion was simply administrative oversight.

In the interests of justice, the Court will grant Plaintiff's motion for a late or out of time filing. The Court will thus consider Plaintiff's opposition to the City of Fresno's motion to dismiss. The City of Fresno will have an opportunity to respond to the opposition. The motion indicates that it is set for hearing before this Court on April 10, 2006, although a review of the Court's calendar for that day does not show the motion as pending. Given this order, however, no hearing is necessary on Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to file an out of time opposition is GRANTED;
2. Plaintiff's opposition to the City of Fresno's motion to dismiss, which is part of document number 53 in the Court's docket, will be considered by the Court in ruling on the City of Fresno's motion to dismiss;
3. The City of Fresno may file a reply to Plaintiff's opposition by April 10, 2006; and
4. The April 10, 2006, hearing date on Plaintiff's motion to file an out of time opposition is VACATED as moot.

IT IS SO ORDERED.

**Dated: March 31, 2006** **/s/ Anthony W. Ishii**
0m8i78 UNITED STATES DISTRICT JUDGE