UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael L. Sanders, et al., <br><br> Plaintiffs, <br> v. <br> CITY OF FRESNO, et al., <br><br> Defendants. | 1:05-CV-00469-AWI-SMS <br><br> ORDER REFLECTING DUE DATES FOR FURTHER BRIEFING <br><br> Defendant City's Supplemental Brief: November 13, 2006 <br><br> Plaintiff's Supplemental Brief: November 20, 2006 <br><br> ORDER DEEMING MOTION TO AMEND TO BE SUBMITTED UPON THE COURT'S RECEIPT OF THE PLAINTIFF'S SUPPLEMENTAL BRIEF |

    Plaintiff's motion to amend the complaint came on regularly for hearing on October 27, 2006, at 9:30 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge. Waukeen McCoy and Janie Davenport appeared telephonically on behalf of Plaintiff; Bruce B. Johnson appeared on behalf of Defendant County; Bruce D. Praet appeared telephonically on behalf of Defendants City and Dyer; and Chris Patton appeared telephonically on behalf of Defendant Taser. After argument, the Court granted Defendants City and Dyer until no later than November 13, 2006, to submit additional briefing with respect to

1

1  the California Tort Claims Act as applied to the claims against
2  the individual defendants sought to be named in the proposed
3  third amended complaint. The Court permitted Plaintiff to submit
4  a brief in reply no later than November 20, 2006. Upon receipt of
5  the reply brief, the motion to amend will be deemed submitted to
6  the Court.
7       The Court further suggested that Plaintiff's counsel
8  consider modifications to the proposed third amended complaint
9  that would cause the language to be consistent with Judge Ishii's
10 order dismissing some parts of of the fifth negligence claim
11 without leave to amend.
12 IT IS SO ORDERED.
13 **Dated:   October 27, 2006**            /s/ Sandra M. Snyder
   icido3                              UNITED STATES MAGISTRATE JUDGE