IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF FRESNO a municipality, et. al.,<br><br>    Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER VACATING HEARING OF DECEMBER 10, 2007, REQUIRING ADDITIONAL BRIEFING, AND RESETTING HEARING TO JANUARY 7, 2008, ON DEFENDANTS'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 108) |

Currently pending before the Court is the City of Fresno Defendants's motion for summary judgment based on qualified immunity. Hearing on the motion is set for December 10, 2007. Trial in this matter is set for July 15, 2008. The parties are familiar with the factual background. After reviewing the briefing of the parties and the evidence submitted, the Court believes that additional briefing is necessary. Specifically, deposition testimony from Defendant Herring suggests that he may have fired the first Taser darts at the Decedent at least in part because Herring perceived that the Decedent was trying to grab or reach for Lavette Sanders. See, e.g., Herring Deposition (as found in McCoy Declaration Exhibit H) at pp. 205-206, 212-13. This aspect of Herring's testimony is alluded to, but not significantly discussed by the parties. Because this case involves excessive force, the reason and circumstances behind the use of force,

including the initial use of force by Herring, are at issue.  Accordingly, the parties will submit additional briefing, supported by evidence, regarding the circumstances behind Herring's initial "tazing" and/or use of force and in particular whether Decedent was reaching for or grabbing at Lavette Sanders after Decedent and Lavette fell.  In light of the additional briefing, the Court will move the hearing date of the pending motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties will submit additional briefing, including additional evidence if necessary, regarding their respective positions concerning the circumstances surrounding Defendant Herring's initial "tazing" and/or use of force, and in particular, whether the Decedent was reaching for or grabbing at Lavette Sanders following their fall;
2. The parties will submit their additional briefing on or by 12:00 p.m. (noon) on December 17, 2007; and
3. Hearing on the pending motion will now be January 7, 2008, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:    December 6, 2007**           **/s/ Anthony W. Ishii**
                                                              UNITED STATES DISTRICT JUDGE