1  Bruce D. Praet, SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
6  Attorneys for Defendants, CITY OF FRESNO and JERRY DYER
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of MICHAEL L. SANDERS<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, COUNTY OF FRESNO; TASER INTERNATIONAL, INC., a corporation doing business in California; JERRY DYER, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 1:05-CV-00469-AWI (SMS)<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON CITY OF FRESNO'S SUMMARY JUDGMENT MOTION**<br><br>DATE: January 7, 2008<br>TIME: 1:30 p.m.<br>ROOM: 2 |

20    IT IS HEREBY STIPULATED by and between the parties through their

21  respective counsel of record and the Court is respectfully requested to continue the

22  hearing on supplemental briefing in Defendants' pending 12b(6) motion from

23  January 7, 2008, to January 28, 2008. This extension becomes necessary for the

24  following reasons:

25    1. Prior to the Court's issuance of the December 6, 2007, Order requesting

26  supplemental briefing and setting the hearing date for January 7, 2008, counsel for

27  Defendants had a pre-existing appearance scheduled on another matter in Southern

28  California for the same date.

1

2. All counsel agree that January 28, 2008, is a mutually convenient date for the hearing and respectfully request that the Court continue the date from January 7, 2008, to January 28, 2008.  Counsel for the City of Fresno Defendants has contacted counsel for both Defendants, Taser, Intl. and the County of Fresno, and both parties have stipulated that the continuance of this hearing date will not affect them as the pending motion is limited to the parties to this Stipulation.

3. If the Court is amenable to the continuance of the hearing date, counsel would respectfully request that the current briefing schedule similarly be extended by two weeks so that supplemental briefs would be filed no later than noon on January 2, 2008.

DATED: December 7, 2007                FERGUSON, PRAET & SHERMAN
                                       A Professional Corporation

                              By:      /s/ Bruce D. Praet
                                       Bruce D. Praet, Attorney for
                                       City of Fresno Defendants

DATED: December 10, 2007               LAW OFFICES OF WAUKEEN McCOY

                              By:      /s/  Waukeen Q. McCoy
                                       Waukeen Q. McCoy, Attorneys
                                       for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, the hearing date is continued from January 7, 2008, to January 28, 2008.   Supplemental briefing may be filed no later than noon on January 2, 2008.

IT IS SO ORDERED.

**Dated:   December 12, 2007**              /s/ **Anthony W. Ishii**
                                       UNITED STATES DISTRICT JUDGE

2