DENNIS A. MARSHALL
  County Counsel
BRUCE B. JOHNSON, JR.
  Senior Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721

Telephone: (559) 488-3479
Facsimile:  (559) 488-1900

Attorneys for Defendant, COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS,<br><br>                    Plaintiff,<br><br>Vs.<br><br>CITY OF FRESNO, et al.,<br><br>                    Defendants. | Case No. 1:05 cv 00469 AWI SMS<br><br>DECLARATION OF PAUL NERLAND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION<br><br>Date: January 14, 2008<br>Time: 1:30 p.m.<br>Ctrm: 2 |

I, PAUL NERLAND, declare:

1. I am over the age of eighteen years and am a resident of Fresno County, California. I have personal knowledge of the matters stated herein and, if called upon to testify concerning same, could do so competently.

2. I am employed as a Personnel Services Manager with the Fresno County Personnel Services Department. As such, I am charged with oversight of the Department's Employee Benefits Division (hereafter, "Employee Benefits"). Employee Benefits maintains a database which sets forth a true and accurate listing of persons employed by the County. I have reviewed the database and have determined that as of August 20, 2004, the County did not

///

1 | employ any persons named Jerry Dyer, Jesse Herring, Richard Paul Brown, Eloy Escareno, Beau
2 | Burger, and/or Alma Figueroa.
3 |     I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct. Dated this  6th  day of December, 2007, in Fresno, California.

*Paul Nerland*
Paul Nerland, Declarant

# PROOF OF SERVICE

*SANDERS v. CITY OF FRESNO et al.*
United States District Court 1:05 CV 00469 AWI SMS

I, URSULA BUFE, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On December 12, 2007, I served a copy(ies) of the within documents

**Declaration of Paul Nerland in Support of
Motion for Summary Judgment or Summary Adjudication**

on the interested party(ies) in said action addressed as follows:

| | |
|---|---|
| WAUKEEN Q. McCOY<br>LAW OFFICES OF WAUKEEN Q. McCOY<br>703 MARKET STREET, SUITE 1407<br>SAN FRANCISCO CA 94103 | Counsel for Plaintiffs<br><br><br>**Via electronic filing** |
| BRUCE D. PRAET, ESQ.<br>FERGUSON PRAET & SHERMAN<br>1631 E 18TH ST<br>SANTA ANA, CA 92705 | Counsel for City of Fresno<br>and Jerry Dyer<br><br>**Via electronic filing** |
| MILDRED K. O'LINN<br>MANNING & MARDER, KASS,<br>ELLROD, RAMIREZ<br>14TH FLOOR<br>801 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 | Counsel for Taser International, Inc.<br><br>**Via electronic filing** |

☐     by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail, and addressed as set forth above.

☐     by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date before 5:00 p.m. pacific standard time.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

☒     via electronic filing. The above party/ies is/are registered with the United States District Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

☐ by placing the document(s) listed above in a sealed envelope, and placing the same for overnight delivery by California Overnight at Fresno, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2007, at Fresno, California.

*Ursula Bufe*
URSULA BUFE