DENNIS A. MARSHALL
  County Counsel
BRUCE B. JOHNSON, JR.
  Senior Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721

Telephone: (559) 488-3479
Facsimile:   (559) 488-1900

Attorneys for Defendant, COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAVETTE SANDERS,<br><br>                            Plaintiff,<br><br>Vs.<br><br>CITY OF FRESNO, et al.,<br><br>                          Defendants. | Case No. 1:05 cv 00469 AWI SMS<br><br>DECLARATION OF RICK PURSELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION<br><br>Date: January 28, 2008<br>Time: 1:30 p.m.<br>Ctrm: 2 |
|---|---|

I, RICK PURSELL, declare:

      1.      I am over the age of eighteen years and am a resident of Fresno County, California. I have personal knowledge of the matters stated herein and, if called upon to testify concerning same, could do so competently.

      2.      I have been employed as a peace officer by the Fresno County Sheriff's Department since 1979. I currently hold the rank of Lieutenant and am the Area Commander for Area 4 (the mountain region), one of four patrol Areas covered by the Sheriff's Department. As of August 20, 2004, the Sheriff's Department assigned me as the Personnel Lieutenant. As such, my job duties included management of the Department's Personnel Unit. I was charged with oversight of recruitment, employee discipline, the Civil Unit and the Records Unit. As Personnel

Lieutenant then, and as Area Commander now, I am familiar with the Department's recordkeeping practices.

3. I am informed and believe that in the complaint on file herein, the plaintiff, LaVette Sanders, alleges that on August 20, 2004, at 4869 E. Oslin, at approximately 2:00 a.m., or certainly at some point between 12:01 a.m. and 4:00 a.m., peace officers employed by the Fresno County Sheriff's Department used Taser products to subdue one Michael Sanders, who thereafter died, allegedly as a result of the use of the Taser products.

4. The County's best information is that none of its Sheriff's Deputies had any involvement in responding to the Sanders residence on the morning of August 20, 2004, between the hours of 12:01 a.m. and 4:00 a.m., at 4869 E. Oslin. The address is within the incorporated limits of the City of Fresno. Generally, the City of Fresno's Police Department, and not the Fresno County Sheriff's Department, would be involved in responding to calls for service from an address within the incorporated limits of the City of Fresno.

5. Attached as Exhibit "A" is a true and correct copy of Watch Commander's logs maintained by the County, and which detail all events of significance, including all events involving the use of force, for the dates of August 19 and 20, 2004. The County's records contain no mention of any incident or use of force involving Sanders, or any incident or use of force at the address of 4869 E. Oslin. In my experience, if the Sheriff's Department's peace officers were in any way involved in any incident resulting in an in-custody death, the incident would be reflected in the Watch Commander's logs.

6. The Sheriff's Department did began a test phase relating to use of a Taser product in approximately October, 2007. However, at no time before October, 2007 had the Sheriff's Department ever issued any Taser product to any of its peace officers. As of August 20, 2004, the Sheriff's Department had never equipped any of its peace officers with any Taser product. As of August 20, 2004, the Sheriff's Department's peace officers did not carry any Taser products in the line of duty. As of August 20, 2004, I was not aware of any instance in which any Sheriff's Department peace officer has used a Taser product in the line of duty.

Pursell Declaration

7. I am informed and believe that it is the County's position that none of the County's co-defendants acted inappropriately or in violation of any rights held by plaintiff or her decedent. However, the County had no control over any of the events on the morning in question. Unlike the City and County of San Francisco, the City of Fresno and the County of Fresno are not a conjoined municipal entity, to my knowledge. At no time since January 1, 1990, has the Fresno County Sheriff's Department had any control of the hiring practices of the Fresno City Police Department. At no time since January 1, 1990, has the Fresno County Sheriff's Department had any control over the policies or procedures of the Fresno City Police Department concerning appropriate use of force.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 4TH day of December, 2007, in Fresno, California.

Rick Pursell, Declarant

3

Pursell Declaration

EXHIBIT "A"


# County of Fresno
# Sheriff's Department
# Shift Activity Summary

| Date: 081904 | Day Shift (6am – 6pm) | W/C: Lt. Caudle |

Time/Area/Call #: 0934/III/A042320377
Incident: **PUBLIC HAZARD**

Deputies assisted CDF and PG&E at Jefferson/Morrow on a gas leak from a pipe in a construction site. Students at nearby Del Rey Elementary School were evacuated to a play area away from the leak. FSD assumed the Incident Commander role until the leak was repaired. **FSD 04-19618**

Time/Area/Call #: 1247/IV/A042320545
Incident: **FOUND PERSON**

USFS reported that one of their employees located two 12-year-old boys that were separated from their Boy Scout troop. The boys were located at the Dinkey Creek trailhead and the troop was camped at Coyote Lake. Deputies, assisted by H40, notified the troop leaders and assisted in reuniting the boys with their group.

| Date: 081904 | Night Shift (6pm – 6am) | W/C: Lt. Padilla |

Time/Area/Call #: **1730 hours / N/A**
Incident: **Mutual Aid Request via OES on SAR**

At 1730 hours, received a call from state OES duty officer Mike Griffen (650-867-6107) advising of a mutual aid request by Yosemite park rangers (OES mission # 2004 – OES – 0445). Lt. Beazley was notified of the request. Yosemite SAR coordinator was Dave Pope (209-604-0529 / 209-372-0216). Lt. Beazley advised eight Deputies and one Sergeant would assist on the search beginning in Yosemite valley for one lost 54 year old female hiker along the John Muir trail on Friday 8-20-04 @ 0700 hours.

Time/Area/Call #: **0218 hours / Area 1 / #A042330066**
Incident: **SUSACT (Suspicious Activity)**

Sgt. Wilhoite advised that Deputy R. Saldana interrupted a PC 459 in-progress at the Grupa Fuenta Divida building located at Ninth / Colorado in San Joaquin. Saldana located Antonio Solorio (3-19-1977) who had almost pried off the top hinge to the door of the building. Solorio also possessed burglary tools. He was arrested for PC 664 / PC 459 and PC 466.

Exh. "A"

Sgt. Lancaster was advised  upervisor: Sgt. Wilhoite.
**FSD case 04-19731.**



# Sheriff's Department
# Shift Activity Summary

| Date: 082004 | Day Shift (6am – 6pm) | W/C: Lt. Caudle |

Time/Area/Call #:0910/III/A042330299
Incident: **COUNTY VEHICLE ACCIDENT**

Deputy Larry Davis advised his vehicle was struck while parked and unoccupied. The other driver fled the scene. Sgt. Alberda advised the damage was minor. CHP and IB assisted in the investigation. **FSD 04-19738 SIR 04-216**

**SAR UPDATE-**

The team led by Sgt. Dooley remained in Yosemite. Sgt. Caporale is developing another team that will head to Vermillion this evening to begin searching that area. The MP may have contacted the Vermillion resort approximately a week ago to request a reservation there for tomorrow night.

| Date: 082004 | Night Shift (6pm – 6am) | W/C: Lt. Padilla |

**SAR UPDATE-**

At about 2200 hours, Lt. Beazley advised FSD SAR units (headed by Sgt. Dooley) had located the missing hiker in the Little Yosemite Valley area. The plan is for SAR units to bivouac overnight with the hiker and have her flown out in the morning. Notifications were made to Sequoia and Sierra National forest communication centers.
Additionally, FSD mountaineer member Bill Allen was having some medical difficulties on the search. He also will be flown out in the morning from Yosemite.

# PROOF OF SERVICE

*SANDERS v. CITY OF FRESNO et al.*
United States District Court 1:05 CV 00469 AWI SMS

I, URSULA BUFE, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On December 12, 2007, I served a copy(ies) of the within documents

**Declaration of Rick Pursell in Support of
Motion for Summary Judgment or Summary Adjudication**

on the interested party(ies) in said action addressed as follows:

| | |
|---|---|
| WAUKEEN Q. McCOY<br>LAW OFFICES OF WAUKEEN Q. McCOY<br>703 MARKET STREET, SUITE 1407<br>SAN FRANCISCO CA 94103 | Counsel for Plaintiffs<br><br>**Via electronic filing** |
| BRUCE D. PRAET, ESQ.<br>FERGUSON PRAET & SHERMAN<br>1631 E 18TH ST<br>SANTA ANA, CA 92705 | Counsel for City of Fresno<br>and Jerry Dyer<br><br>**Via electronic filing** |
| MILDRED K. O'LINN<br>MANNING & MARDER, KASS,<br>ELLROD, RAMIREZ<br>14TH FLOOR<br>801 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 | Counsel for Taser International, Inc.<br><br>**Via electronic filing** |

☐ by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail, and addressed as set forth above.

☐ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date before 5:00 p.m. pacific standard time.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

☒ via electronic filing. The above party/ies is/are registered with the United States District Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | ☐     by placing the document(s) listed above in a sealed envelope, and placing the same for overnight delivery by California Overnight at Fresno, California. |
| 4 | |
| 5 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 6 | Executed on December 12, 2007, at Fresno, California. |

*[Signature: Ursula Bufe]*

URSULA BUFE