IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF FRESNO a municipality, et. al.,<br><br>　　　　　Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER ON PLAINTIFF'S LATE FILED SUPPLEMENTAL BRIEFING |

　　　Currently pending before the Court is the City of Fresno Defendants's motion for summary judgment based on qualified immunity. Hearing on the motion is set for January 28, 2008. Trial in this matter is set for July 15, 2008. By order of December 6, 2007, this Court requested additional briefing regarding the circumstances surrounding the initial use of the taser by Defendant Officer Herring. By stipulated order, the additional briefing was to be filed no later than January 2, 2008. See Court's Docket Doc. No. 120. The City of Fresno Defendants complied with this order and timely filed supplemental briefing. Plaintiff, despite agreeing to file supplemental materials by January 2, 2008, failed to do so. Instead, Plaintiff filed her supplemental opposition on January 7, 2008. In light of the stipulated order, striking the entirety of Plaintiff's January 7, 2008, filings would be justified. However, given the January 28, 2008, hearing date, the Court will not strike the filings.

Plaintiff's supplemental briefing does address the Defendants' supplemental briefing, provides a new declaration from Plaintiff,[1] and argues, in part, that there are inconsistencies among the officers's testimony. See Court's Docket Doc. No. 124. Since Plaintiff responded to the Defendants's supplemental briefing, see id. at 2:28-3:1, the Court will allow Defendants to file a reply to Plaintiff's supplemental briefing. The January 28, 2008, hearing date will remain.

Accordingly, IT IS HEREBY ORDERED that the City of Fresno Defendants may file a reply to Plaintiff's January 7, 2008, filings on or by 4:30 p.m. on January 16, 2008.

IT IS SO ORDERED.

**Dated:   January 8, 2008**                         /s/ Anthony W. Ishii
                                                                UNITED STATES DISTRICT JUDGE

---

[1] The December 6, 2007, order did allow the submission of additional evidence. See Court's Docket Doc. No. 118.

2