IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of Michael Sanders,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY OF FRESNO a municipality; THE COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, Inc. a corporation doing business in California; JERRY DYER, an individual; RICHARD PAUL BROWN, an individual, ELOY ESARANEO, an individual, JESSE HERRING, an individual, BEAU BUGER, and DOES 5 through 10, inclusive,<br><br>  Defendants. | CIV F 05-0469 AWI SMS<br><br>ORDER VACATING JANUARY 28, 2008, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Currently pending before the Court is the City of Fresno Defendants' motion for summary judgment. Hearing on this matter is set for Monday, January 28, 2008. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 28,

2008, is VACATED, and the parties shall not appear at that time. As of January 28, 2008, the Court will take the City of Fresno Defendants' motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:      January 23, 2008**                             /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE