**FILED**

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, etc.,   )<br>              )<br>         Plaintiff,  )<br>              )<br>    v.        )<br>              )<br>CITY OF FRESNO, et al., )<br>              )<br>         Defendant   )<br>_____) | 1:05-cv-0469 AWI SMS<br><br>DEFENDANT<br>COUNTY OF FRESNO<br>ORDER DISMISSING ~~ACTION~~<br>PURSUANT TO STIPULATION |

Pursuant to the stipulation submitted by the parties, defendant County of Fresno is ordered dismissed with prejudice.

Dated: 1-24-08             _____
                           ANTHONY W. ISHII
                           United States District Judge

1