UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of MICHAEL L. SANDERS,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, a municipality; et al.,<br><br>  Defendants. | Case No.:<br><br>**1: 05-CV-00469-AWI (SMS)**<br><br>**ORDER RE: CONTINUING DATES RELATING TO EXPERT DESIGNATION, DISPOSITIVE MOTIONS, PRETRIAL CONFERENCE AND TRIAL PURSUANT TO STIPULATION**<br><br>PTC :  6-06-08<br>Trial:         7-15-08<br>Ctrm:  2<br>Judge:       Anthony W. Ishii |

On January 22, 2008, the Parties filed a stipulation to modify the current scheduling order, including the trial date. The Court will give effect to the stipulation, with minor modification.

Accordingly, IT IS HEREBY ORDERED, that:

(1) The current Expert Designation deadline of January 31, 2008, is continued to March 31, 2008;

(2) The current Discovery Cut-Off (Factual Discovery) set for March 31, 2008 (per 5-17-07 Scheduling Conference Order, pg. 8, lns. 4-6) is continued to June 30, 2008;

(3) The current date for the completion of Expert Discovery of May 15, 2008, (per 5-17-07 Scheduling Conference Order, pg. 8, lns. 9-14) is continued to August 15, 2008;

     (4)     The current cut off date for filing dispositive motions, set for May 30, 2008, is continued to August 25, 2008;

     (5)     The parties are to report to the Magistrate Judge regarding "Expert Counter-Designations," if any.

     (6)     The current cut off date for the filing of non-dispositive motions, set for March 31, 2008, is continued to June 30, 2008;

     (7)     The current Pretrial Conference date, set for June 6, 2008, is continued to October 3, 2008;

     (8)     The current Trial date, set for July 15, 2008, is continued to November 18, 2008.

IT IS SO ORDERED.

**Dated:   January 24, 2008**         /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE