# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVETTE SANDERS, individually and as guardian ad litem for the estate of MICHAEL L. SANDERS,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, a municipality; COUNTY OF FRESNO, a municipality; TASER INTERNATIONAL, INC., a corporation doing business in California; JERRY DYER, an individual; and Does 1-10, inclusive,<br><br>                    Defendants. | Case No.:1: 05-CV-00469 AWI SMS<br><br>**ORDER RE: CONTINUING DATES RELATING TO EXPERT DESIGNATION, DISPOSITIVE MOTIONS, PRETRIAL CONFERENCE AND TRIAL** |

The parties have filed a stipulation to continue all current schedule dates by 90 days from the date that the Court rules on the City's motion for summary judgment. In light of the Court's trial schedule, the Court will give partial effect to the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The currently scheduled motion deadlines, expert discovery, pre-trial conference, and trial dates are VACATED;
2. The new pre-trial conference date will be January 9, 2009;
3. The new trial date will be February 24, 2009;
4. The new date for designation of expert witnesses will be June 2, 2008;

5. The new discovery cut-off date will be September 29, 2008;

6. Expert discovery is continued to November 14, 2008;

7. The non-dispositive motion deadline will be September 29, 2008; and

8. The dispositive motions deadline will be November 24, 2008.


IT IS SO ORDERED.

**Dated:   March 31, 2008**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE